USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sasha Bell,

                Plaintiff,

-against-

Det. Terrance Williams et al.,

                Defendants.

1:18-cv-10615 (AT) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, December 9, 2019 at 1:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

DATED:    New York, New York
              November 12, 2019

_____
STEWART D. AARON
United States Magistrate Judge