UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SASHA BELL,

          Plaintiff,

-against-

DET. TERRANCE WILLIAMS and CITY OF NEW YORK,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

18 Civ. 10615 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the Honorable Stewart D. Aaron's order dated December 30, 2019, ECF No. 36, extending the fact discovery deadline, it is hereby ORDERED that the case management conference scheduled for February 11, 2020 is ADJOURNED to **April 15, 2020**, at **11:00 a.m.** By **April 8, 2020**, the parties shall file their joint status letter. *See* ECF No. 24 ¶ 16.

    SO ORDERED.

Dated: January 2, 2020
       New York, New York

ANALISA TORRES
United States District Judge