UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SASHA BELL,

                Plaintiff,

-against-

DET. TERRANCE WILLIAMS and CITY OF NEW YORK,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2020

18 Civ. 10615 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the Honorable Stewart D. Aaron extending the fact discovery deadline, ECF No. 39, it is hereby ORDERED that the case management conference scheduled for April 15, 2020 is ADJOURNED to **July 15, 2020**, at **10:40 a.m.** By **July 8, 2020**, the parties shall file their joint status letter. *See* ECF No. 24 ¶ 16.

    SO ORDERED.

Dated: March 25, 2020
       New York, New York

                                    ANALISA TORRES
                              United States District Judge